UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS GRIFFIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 1:04-cv-1556-JDT-TAB |
| ) | |
| G & S ACQUISITION, INC., ) | |
| d/b/a GILCHRIST & SOAMES, LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendant, by counsel, provides the following preliminary lists of witnesses and exhibits:

### Witnesses

1. Plaintiff.

2. Lynn A. Taylor.

3. Jason Sims.

4. Devin Anderson.

5. Any individual necessary to authenticate exhibits.

6. Any individuals identified by any party in discovery.

7. Any individual identified on any disclosures or witness lists filed or served by any party in this matter, including any supplements or amendments thereto.

This list does not include witnesses necessary for purposes of impeachment or rebuttal. Defendant reserves the right to amend the foregoing list after the completion of discovery or for any appropriate reason.

**Exhibits**

1. Plaintiff's personnel/employment records.

2. Pertinent personnel policies/records.

3. Plaintiff's medical records.

4. Any documents from the EEOC's file on Plaintiff's Charge.

5. Documents related to Plaintiff's efforts to mitigate and/or failure to mitigate alleged damages.

6. Any documents produced or identified by either party in discovery.

7. All depositions and documents made exhibits to depositions in this matter.

8. Any documents used by either party in connection with pre-trial motions.

9. All documents identified on any disclosures or exhibit list filed or served by any party in this matter, including any supplements or amendments thereto.

This list does not include exhibits that may be used for purposes of impeachment or rebuttal. Defendant reserves the right to amend the foregoing list after the completion of discovery or for any appropriate reason.

Respectfully submitted,

BAKER & DANIELS

s/Edward E. Hollis_____
    John T. Neighbours (#9592-49)
    Edward E. Hollis (#19402-49)
BAKER & DANIELS
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
E-mail: John.Neighbours@bakerd.com
       Edward.Hollis@bakerd.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 21, 2005, a copy of the foregoing Defendant's Preliminary Witness And Exhibit Lists was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

       John H. Haskin
       Mickey J. Lee
       HASKIN LAUTER & LARUE
       255 North Alabama Street
       Indianapolis, IN 46204

       s/Edward E. Hollis
       Edward E. Hollis
       BAKER & DANIELS
       300 North Meridian Street, Suite 2700
       Indianapolis, Indiana 46204
       Phone: (317) 237-0300
       Fax: (317) 237-1000
       E-mail: Edward.Hollis@bakerd.com

3

BDDB01 4002020v1